United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                                Case No. **10-03582** *ESL*

**SANCHEZ URBINO, FRANCISCO JOSE**                    Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **6/07/2010**
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **350.00** x **36** = $ **12,600.00**
$ **375.00** x **24** = $ **9,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **21,600.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **21,600.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $ **2,800.00**

Signed: _/s/ Francisco_____
         Debtor

Joint Debtor _____

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**          Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR    $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**BANCO POPULAR D**
5. ☐ Other:

6. ☐ Debtor otherwise maintains regular payments directly to:

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                   ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.

DEBTOR PROVIDES FOR THE LIFT OF STAY IN FAVOR OF BANCO POPULAR, CRIM AND ASOC PROPIETARIOS HACIENDA MARGARITA IN REGARDS WITH ACCOUNT ENDING NUMBER 9264,

ANY POST PETITION TAX RETURNS THAT MAY PROSPECTIVELY ARISE FROM ANY TAX REFUND FOR THE DURATION OF THE PLAN WILL BE USED AS NEEDED TO FUND THE PLAN IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS, AFTER ITS CONFIRMATION AND WITHOUT THE NEED FOR ANY FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASE.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:**<br><br>**FRANCISCO JOSE SANCHEZ URBINO**<br><br>Debtor(s) | **CASE NUM.: 10-03582 ESL**<br><br>**CHAPTER 13 (ASSET CASE)** |

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **AMENDED PLAN DATED 06/07/2010**.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 9TH day of June, 2010.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **José R. Carrión, Esq.**, US Trustee **Monsita Lecaroz Arribas** and I hereby certify that I have mailed by regular mail to all creditors listed on the Master Address List.

**RESPECTFULLY SUBMITTED.**

/S/MARILYN VALDES ORTEGA
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144

```
Label Matrix for local noticing          US Bankruptcy Court District of P.R.      AFNI, INC.
0104-3                                   U.S. Post Office and Courthouse Building  404 BROCK DRIVE
Case 10-03582-ESL13                      300 Recinto Sur Street, Room 109          PO BOX 3517
District of Puerto Rico                  San Juan, PR 00901-1964                   BLOOMINGTON, IL 61702-3517
Old San Juan
Wed Jun  9 10:30:33 AST 2010

AMERICAN EXPRESS                         ASOC. PROPIETARIOS HACIENDA MARGARITA     BANCO POPULAR DE PR
PO BOX 981537                            282 HACIENDA MARGARITA                    PO BOX 36-6818
EL PASO, TX 79998-1537                   LUQUILLO, PR 00773                        SAN JUAN, PR 00936-6818


BANCO POPULAR DE PR                      BANCO SANTANDER                           BANK OF AMERICA
PO BOX 70100                             PO BOX 362589                             PO BOX 15019
SAN JUAN, PR 00936-8100                  SAN JUAN, PR 00936-2589                   WILMINGTON, DE 19886-5019


BRONSON & MIGLIACCIO, LLP                CACH, LLC                                 CICA COLLECTION AGENCY, INC.
ATTORNEYS AT LAW                         11719 BEE CAVES ROAD                      PO BOX 12338
415 LAWRENCE BELL DRIVE                  AUSTIN, TX 78738-5539                     SAN JUAN, PR 00914-0338
WILLIAMSVILLE, NY 14221-7805


CITI CARDS                               CITIBANK                                  CRIM
PO BOX 6276                              PO BOX 364106                             PO BOX 195387
SIOUX FALLS, SD 57117-6276               SAN JUAN, PR 00936-4106                   SAN JUAN, PR 00919-5387


DEPARTAMENTO DE HACIENDA                 DEPARTAMENTO DEL TRABAJO                  DISH NETWORK
PASEO COVADONGA, NUM. 10                 AVE. MUOZ RIVERA 505                      DEPT. 0063
EDIF. INTENDENTE RAMIREZ                 HATO REY, PR 00918-3352                   PALATINE, IL 60055-0063
SAN JUAN, PR 00901-2613


FEDERAL LITIGATION DEPT OF JUSTICE       Fia Card Services, NA As Successor In Intere   GE CAPITAL
PO BOX 9020192                           Bank of America NA and Mbna America Bank       PO BOX 960061
SAN JUAN, PR 00902-0192                  1000 Samoset Drive                             ORLANDO, FL 32896-0061
                                         DE5-023-03-03
                                         Newark, DE 19713-6000

JC PENNEY                                LCDA. MARICARMEN COLON DIAZ               LEADING EDGE RECOVERY SOLUTIONS
PO BOX 960090                            PO BOX 194439                             5440 N CUMBERLAND AVE. STE 300
ORLANDO, FL 32896-0090                   SAN JUAN, PR 00919-4439                   CHICAGO, IL 60656-1486


LEONARD & ASSOCIATES PSC                 MIDLAND CREDIT MANAGEMENT                 Midland Credit Management, Inc.
LAW OFFICES                              PO BOX 939019                             8875 Aero Drive, Suite 200
PO BOX 366220                            SAN DIEGO, CA 92193-9019                  San Diego, CA 92123-2255
SAN JUAN, PR 00936-6220


PR ACQUISITIONS LLC                      RESURGENT CAPITAL SERVICES                SAM'S CLUB
250 MUNOZ RIVERA AVENUES SUITE 1200      PO BOX 47455                              PO BOX 530942
HATO REY PR 00918                        JACKSONVILLE, FL 32247-7455               ATLANTA, GA 30353-0942
```

| SEARS CREDIT CARDS | SPRINT | FRANCISCO JOSE SANCHEZ URBINO |
| --- | --- | --- |
| P.O. BOX 183114 | PO BOX 20040 | 02 CALLE 609 229 |
| COLUMBUS, OH 43218-3114 | SAN JUAN, PR 00928-0040 | VILLA CAROLINA |
| | | CAROLINA, PR 00985 |
| | | |
| JOSE RAMON CARRION MORALES | MARILYN VALDES ORTEGA | MONSITA LECAROZ ARRIBAS |
| PO BOX 9023884 | VALDES-ORTEGA | OFFICE OF THE US TRUSTEE (UST) |
| SAN JUAN, PR 00902-3884 | P O BOX 195596 | OCHOA BUILDING |
| | SAN JUAN, PR 00919-5596 | 500 TANCA STREET SUITE 301 |
| | | SAN JUAN, PR 00901-1938 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)SANCHEZ URBINO, FRANCISCO JOSE

End of Label Matrix
Mailable recipients 35
Bypassed recipients 1
Total 36